Nov. Term, 1851.

THE STATE v. BURTON.

---

THE STATE *v.* BURTON.

ERROR to the *Franklin* Circuit Court.

SMITH, J.—This was also an indictment against *Benjamin Burton* for extorting illegal fees from one *Roop*. The case is precisely similar to the preceding one, and the judgment must be reversed for the same reasons there given.

*Per Curiam.* — The judgment is reversed with costs. Cause remanded, &c.

*D. Wallace,* for the state.

*G. Holland, J. Ryman, J. A. Matson,* and *J. D. Howland,* for the defendant.